UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAMIAN ANTONIO MOUTON,

Plaintiff,

v.

MILLER, et al.,

Defendants.

No.  2:24-cv-01771-TLN-EFB

**ORDER**

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 4.)  Plaintiff did not file objections to the findings and recommendations and the time to do so has elapsed.

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed November 10, 2025 (ECF No. 4) are ADOPTED IN FULL.

2.      The case is dismissed for Plaintiff's failure to pay the filing fee or otherwise respond to the Court's April 28, 2025 Order (ECF No. 3).

3.      The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Date: May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2